UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

HARTFORD DIVISION

| | | |
|---|---|---|
| STANLEY REDDICK<br>PETITIONER, | )<br>)<br>) | CRIMINAL CASE NO:<br>3:17-CR-135-JAM |
| V | ) | |
| | ) | HONORABLE MEYER |
| UNITED STATES OF AMERICA<br>RESPONDENT. | )<br>)<br>) | |

MOTION FOR THE RETURN OF SEIZED PROPERTY
PURSUANT FED. R. CIVIL PROCEDURE 41(G)

COMES NOW, pro se petitioner Mr. Stanley Reddick, respectively moves this honorable court to issue a judicial order for the expedited return of approximately $8,000 dollars in U.S. Currency seized incident to arrest pertaining to the aforementioned case.

Petitioner in this matter avers the government has been in possession of evidence that is no longer needed for any further proceedings. The currency in question is not contraband, seizeable or otherwise even forfeitable.

A Rule 41(G) motion is an independent civil action for equitable relief. When filed at the conclusion of a criminal proceeding and within 5 years from the final judgment i.e.; Sentencing commenced on July 15, 2019 petitioner is therefore

entitled to an immediate return. The burden now rest on the government because there is a presumption of innecence that the person from whom the property was taken has a right to its return.

WHEREFORE ALL PREMISES CONSIDERED, petitioner moves the court to enter an order directing the government to make the funds readily available in the approximate amount of $8,000 dollars.

Respectfully Submitted on this 19th day of July 2023.

RESPENTATIVE FOR DISBURSMENT OF FUNDS

*860-328-8526*
(CONTACT INFORMATION BELOW)

Alisha Meggett
27 Roosevelt St. 2nd Floor
Hartford CT 06112

CONFIRMATION SIGNATURE TO
RELEASE ALL FUNDS

*Stanley Reddick*
STANLEY REDDICK

CERTIFICATE OF SERVICE

I, Stanley Reddick declare under Title 28 U.S.C. 1746 Penalty of Perjury a true and correct copy of a Rule 41(G) Motion was deposited into the prison mailbox system using prepaid postage sent to the Clerk of Court for electronic filing. Therefore all parties interested in Criminal Case No: 3:17-CR-135-JAM are hereby SERVED.

/S/ *Stanley Reddick*
STANLEY REDDICK
P.O. BOX 759
MINERSVILLE PA 17954

PAGE 2 of 2