Stanley Reddick 23375014
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA

20 JUL 2023   PM 1 L

TO Clerk of Court
U.S. Courthouse
141 church street
New Haven CT 06510

06510-203064